UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. _____
[3:97cr333]

| | |
|---|---|
| **LEROY J. KELLY,** ) | |
| ) | |
| Petitioner, ) | |
| ) | SCREENING |
| Vs. ) | ORDER |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the court on petitioner's "Petition Requesting the District Court to Hold a <u>Kastigar</u> Hearing." <u>See</u> <u>United States v. Kelly</u>, 3:97cr333 (#88). While petitioner states that such motion is not barred as a second or successive petition under the AEDPA because he seeks a hearing under <u>Kastigar</u>, review of such motion reveals that a post-judgment motion under <u>Kastigar v. United States</u>, 406 U.S. 441 (1972) is, in fact, a motion under 28 U.S.C. § 2255 as it attacks the validity of the underlying conviction. <u>See</u> <u>United States v. Griffin</u>, 451 Fed.Appx. 706 (9th Cir. Oct. 5, 2011). Indeed, attempts to seek a <u>Kastigar</u> hearing as a way around the bar of the AEDPA has been recently addressed by other courts and found to be wanting:

> The court realizes that Morales contends that his previous 2255 motion differs from the <u>Kastigar</u> argument he wants to make now because earlier he "only addresse[d] ... the potential <u>Kastigar</u> violations[,]" whereas now he is seeking "a true <u>Kastigar</u> hearing." This is a distinction without a difference.

<u>United States v. Morales,</u> 2010 WL 5376319 (D.Ariz. Dec. 27, 2010) (citation omitted). While such district decision is not binding, it is highly persuasive.

The court, therefore, deems the "Petition Requesting the District Court to Hold a <u>Kastigar</u> Hearing" to be a petition under Section 2255. It appearing that petitioner has already filed and

fully exhausted his Section 2255 remedy, see Kelly v. United States, 3:13-cv-00276-MOC and that the Court of Appeals for the Fourth Circuit has not authorized the filing of this second or successive petitioner as required by 28 U.S.C. §§ 2244(b)(3) and 2255, the court will dismiss this petition.

## ORDER

**IT IS, THEREFORE, ORDERED** that:

(1) the Clerk of Court open a new civil action as petitioner has attempted to file a second or successive petition under 28 U.S.C. § 2255; and

(2) petitioner's "Petition Requesting the District Court to Hold a Kastigar Hearing" is deemed to be a second or successive petition under Section 2255 and is **DISMISSED** as required by 28 U.S.C. §§ 2244(b)(3).

Signed: June 12, 2013

Max O. Cogburn Jr.
United States District Judge